Decided September 20, 2001

STATE OF CONNECTICUT *v.* ELIGIO DELGADO

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 312 (AC 20155), is granted, limited to the following issue:

"Did the Appellate Court properly conclude: (1) the trial court did not abuse its discretion in denying the defendant's motion for a continuance or mistrial? and (2) the trial court did not deny the defendant's constitutional rights, under the federal constitution, of confrontation used to present a defense, by declining to disclose the victim's treatment record to the defendant?"

The Supreme Court docket number is SC 16588.

*Michael R. Corsello*, in support of the petition.

*Richard F. Jacobson*, special assistant state's attorney, in opposition.

Decided September 20, 2001